# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| YEHIA AHMED REDA M AHMED,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, United States Attorney General, *et al.*,<br><br>Defendants. | Civil Action No. 5:23-cv-94-TES |

## ORDER

Pursuant to this Court's authority to remand a N-400 application for naturalization to United States Citizenship and Immigration Services ("USCIS") under Immigration and Nationality Act section 336(b), 8 U.S.C. § 1447(b), this case is hereby remanded.

Upon remand, USCIS will adjudicate Plaintiff's N-400 application for naturalization within thirty (30) days from the issuance of this Order.

SO ORDERED, this **23** day of **May**, 2023.

_____
HONORABLE TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE