IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**YEHIA AHMED REDA M AHMED**,     *

        Plaintiff,     *

v.     Case No. **5:23-cv-00094-TES**

    *

**MERRICK GARLAND, et al.**, 

    *

        Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated May 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the U.S. Citizenship and Immigration Services.

This 24th day of May, 2023.

                                       David W. Bunt, Clerk

                                       s/ Erin Pettigrew, Deputy Clerk